360 A.2d 632
COMMONWEALTH, Appellant,
v.
HOSTRANDER.

Submitted March 15, 1976. Gregory V. Smith, Assistant District Attorney and Allen E. Ertel, District Attorney, for Commonwealth, appellant; Kenneth D. Brown, Assistant Public Defender, and Peter T. Campana, Public Defender, for appellee.

Order affirmed.